IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| NEAL FLOWERS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. CIV-17-363-C |
| | ) | |
| LARRY RHODES, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

ORDER ADOPTING REPORT AND RECOMMENDATION

Plaintiff brought the present action pursuant to 42 U.S.C. § 1983, seeking recompense for alleged violations of his constitutional rights. Consistent with the provisions of 28 U.S.C. § 636(b)(1)(B), this action was referred to United States Magistrate Judge Bernard M. Jones. Judge Jones entered a Report and Recommendation ("R&R") on July 18, 2017, to which Plaintiff has timely objected.

The facts and law are accurately set out in the Magistrate Judge's R&R and there is no purpose to be served in repeating them yet again. As Judge Jones noted, the Complaint filed by Plaintiff fails to state a claims and is subject to dismissal pursuant to 28 U.S.C. § 1915A and/or 28 U.S.C. § 1915(e)(2). Nothing in Plaintiff's Objection warrants any further discussion as that pleading fails to offer any meaningful challenge to Judge Jones' R&R.

Accordingly, the Court adopts, in its entirety, the Report and Recommendation of the Magistrate Judge (Dkt. No. 27). Further, the action shall count as a "strike" as set forth

in 28 U.S.C. § 1915(g). This matter is DISMISSED without prejudice. Plaintiff's pending Motions (Dkt. Nos. 3, 4, 5, 11, 12, 14 and 16) are STRICKEN as moot.

IT IS SO ORDERED this 28th day of August, 2017.

ROBIN J. CAUTHRON
United States District Judge